[No. 23215-8-III. Division Three. July 27, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN FRANK SHERER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 04-1-00004-9, Robert L. Zagelow, J., entered July 19, 2004. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Brown and Kato, JJ.

[Nos. 23587-4-III; 23588-2-III. Division Three. July 27, 2006.]

MOSES LAKE CONSTRUCTION COMPANY, INC., *Respondent*, v. MIKE M. JOHNSON ET AL., *Appellants*.

MOSES LAKE CONSTRUCTION COMPANY, INC., *Respondent*, v. VENTURE CONSTRUCTION ENTERPRISE, INC., *Appellant*.

Appeals from judgments of the Superior Court for Benton County, Nos. 01-2-00865-7 and 01-2-00510-1, Carrie L. Runge, J., entered October 22, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kulik, JJ.

[No. 23886-5-III. Division Three. July 27, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME E. GRIMES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01788-3, Salvatore F. Cozza, J., entered February 25, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kato, JJ.